UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Frederick Sentell Jacobs, | C/A No. 4:12-273-RBH-KDW |
| Plaintiff, | |
| v. | ORDER |
| Barrington, Myrtle Beach, LLC, | |
| Defendant. | |

This matter comes before the court on the Motion for Withdrawal of Appearance and to Stay Proceedings for 30 Days, ECF No. 76, filed by J. Scott Falls, Esq. of Law Offices of J. Scott Falls, LLC ("Falls"), who is currently counsel of record for Plaintiff Frederick Sentell Jacobs ("Plaintiff Jacobs"). In Falls' Motion, he indicates he has obtained Plaintiff Jacobs' consent to withdraw as counsel in this matter, and he provides Jacobs' mailing address. Mot. ¶ 3. Finding that counsels' Motion for Withdrawal of Appearance complies with this court's Local Civil Rule 83.I.07, the court finds it appropriate to relieve Falls as counsel to Plaintiff Jacobs.

Falls also seeks a 30-day stay of all pending scheduling deadlines to allow Plaintiff Jacobs Time to obtain new counsel. Mot. ¶ 2. Finding this request appropriate, the court grants this portion of the Motion, ECF No. 76. The Motion for Withdrawal of Appearance and to Stay Proceedings for 30 Days, ECF No. 76, is hereby *granted* in full. Falls is to be removed as counsel of record. Any counsel retained by Plaintiff Jacobs to represent him in this matter is to file a notice of appearance. The deadlines in the Fourth Amended Scheduling Order, ECF No. 73, are hereby stayed until further notice of the court.

The court will conduct a status conference on **June 11, 2013**, beginning at 10:00 a.m. in Courtroom 4, located on the Second Floor of the McMillan Federal Building, 401 W. Evans Street, Florence, South Carolina. Plaintiff Jacobs; his new counsel, if any; and defense counsel are to appear at this conference.

Unless and until Plaintiff Jacobs obtains new counsel, he is considered to be proceeding pro se and is reminded that he must place the civil action number listed above (C/A No. 4:12-273-RBH-KDW) on any document provided to the court in connection with this case. Any future filings in this case must be sent to the Clerk of Court, Post Office Box 2317, Florence, South Carolina 29503. All documents requiring Plaintiff Jacobs' signature shall be signed with his full legal name written in his own handwriting. Pro se litigants shall not use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this court, Plaintiff Jacobs is directed to use letter-sized (8½ inches by 11 inches) paper only, to write or type text on one side of a sheet of paper only, and not to write or type on both sides of any sheet of paper. Plaintiff Jacobs is further instructed not to write to the edge of the paper, but to maintain one inch margins on the top, bottom, and sides of each paper submitted.

Further, Plaintiff Jacobs' attention is directed to the following important notice:

You are ordered to always keep the Clerk of Court advised in writing (Post Office Box 2317, Florence, South Carolina 29503) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If, as a result of your failure to comply with this order, you fail to meet a deadline set by this court, you may be adversely affected if you violate this order to notify the Clerk of Court of a change of your address. Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases in which you are involved that are currently pending in this court. Your failure to do so will not be excused by the court.

IT IS SO ORDERED.

May 7, 2013                                                             Kaymani D. West
Florence, South Carolina                                        United States Magistrate Judge